IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CATARIE CREON WRIGHT <br>     ID # 1507834, <br>         Petitioner, <br> vs. <br><br> RICK THALER, Director, <br> Texas Department of Criminal <br> Justice, Correctional Institutions <br> Division, <br>         Respondent. | No. 3:11-CV-1084-K |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, petitioner's motion requesting that this Court stop the AEDPA limitations period and stay and abate his case (doc. 3) is **DENIED**.

SO ORDERED.

SIGNED this 7th day of July, 2011.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE